No. 694. ALBRECHT ET AL. *v.* INDIANA HARBOR BELT RAILROAD Co. C. A. 7th Cir. Certiorari denied. *John H. Gately* for petitioners. *Sidney C. Murray, Marvin A. Jersild, Victor L. Lewis* and *Owen W. Crumpacker* for respondent.

Nos. 695 and 696. HANDWORK ET AL., TRUSTEES, *v.* YOUNG, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari denied. *Homer D. Dines* for petitioners. *Horace A. Young, pro se.*

No. 733. CHARTER OAK FIRE INSURANCE CO. ET AL. *v.* GERRITY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edwin A. Swingle* and *William E. Miller* for petitioners. *William E. Leahy* and *Raymond F. Garrity* for respondents.

No. 674. GREGOIRE *v.* BIDDLE ET AL. ·C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Gunther Jacobson* and *Emily Marx* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Hollander* for respondents.

No. 697. BERLINSKY *v.* WOODS, HOUSING EXPEDITER, ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, John R. Benney, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for respondents.

No. 324, Misc. LOWE *v.* KILLINGER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.